IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE CO., | CV 20–116–GF–DLC |
| Plaintiff and Counter-Defendant, | |
| vs. | ORDER |
| GREAT FALLS RESCUE MISSION, | |
| Defendant and Counter-Plaintiff, | |
| and | |
| R.B., S.G., and M.G. | |
| Intervenor-Defendants and Counter-Plaintiffs. | |

Before the Court is Intervenor-Defendant and Counter-Plaintiff R.B.'s Unopposed Motion to Appear by Video Conferencing System for Pending Motions Hearing.  (Doc. 38.)  This Court has set a hearing on the pending motion for judgment on the pleadings (Doc. 14) for June 25, 2021 at 1:00 p.m. at the Mike Mansfield Courthouse in Butte, Montana.  (Doc. 37 at 1.)  In its order, the Court indicated that arguing counsel "are expected to appear and participate in person." (*Id.* at 2.)  Counsel for R.B. will be out of the state on the date of the hearing, and, in lieu of moving for a continuance, requests that he be permitted to attend and

participate in the hearing remotely by Zoom.  The Court finds this request proper.

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that counsel for R.B. shall be permitted to attend the June 25, 2021 hearing remotely via Zoom.

The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.  **Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.**

DATED this 14th day of May, 2021.

Dana L. Christensen, District Judge
United States District Court