IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE CO., <br><br> Plaintiff and Counter-Defendant, <br><br>vs. <br><br> GREAT FALLS RESCUE MISSION, <br><br> Defendant and Counter-Plaintiff, <br><br> and <br><br> R.B., S.G., and M.G. <br><br>   Intervenor-Defendants and Counter-Plaintiffs. | CV 20–116–GF–DLC <br><br><br> ORDER |

Before the Court is Plaintiff and Counter-Defendant Philadelphia Indemnity Insurance Company's Unopposed Motion to Vacate Trial Date and Associated Deadlines.  (Doc. 57.)  A bench trial in this matter is set for December 6, 2021. (Doc. 36.)  Given the pending motions for summary judgment (Docs. 42; 44), PIIC requests that this Court vacate this trial setting and all associated deadlines, so the parties need not expend resources on a trial that may not occur.  (Doc. 57 at 2–3.) The other parties agree with this approach (*id.* at 1) and so does the Court.

Accordingly, IT IS ORDERED that the motion (Doc. 57) is GRANTED.

1

IT IS FURTHER ORDERED that the December 6, 2021 bench-trial setting in this matter, and all remaining associate deadlines, are VACATED, to be reset, if necessary, by future order. The Court will address the issue of status reports once it has ruled on the pending motions.

DATED this 9th day of November, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court